UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MICHELLE ANDREWS

CIVIL ACTION

VERSUS

NO.: 3:15-CV-00641-JJB-EWD

OFFICER SAMUEL WHITE, ET AL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

On motion of plaintiff, Michelle Andrews, and defendants, City of Baton Rouge/Parish of East Baton Rouge and Officer Samuel White, in the above entitled and numbered cause, through undersigned counsel, and on suggesting to the Court that all claims have been compromised and settled with City of Baton Rouge/Parish of East Baton Rouge and Officer Samuel White, with respect, moves that this suit against City of Baton Rouge/Parish of East Baton Rouge and Officer Samuel White, be dismissed, with prejudice, and with each party to bear their own costs .

**Respectfully Submitted:**

/s/Anne Marie Muller
Anne Marie Muller (#32908)
5656 Hilton Ave.
Baton Rouge, LA 70808
Telephone: (225) 923-4046
Facsimile: (888) 209-4409
*Counsel for Plaintiff, Michelle Andrews*

/s/ Deelee S. Morris
Deelee S. Morris (#28775)
Assistant Parish Attorney
222 St. Louis St., 9th Floor
Baton Rouge, LA 70802
Telephone: 225-389-3114
Facsimile: 225-389-8736
*Counsel for Defendants: City/Parish and Officer Samuel White*